notepad

Discover
PO Box 30395
Salt LK City, UT 84130-0395
6011-0077-0587-4179

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153
5582 5086 2264 8597

Citi Cards
PO Box 688915
Des Moines, IA 50368-8915
5424 1806 9982 8007

Capital One
PO Box 5294
Carol Stream, IL 60197-5294
4934-2224-2184-9509

Amerian Express
Box 0001
Los Angeles, CA 90096-0001

Direct Merchants Bank
PO Box 17313
Baltimore, DM 21297-1313

Victoria Secret
PO Box 659728
San Antonio TX 78265-9728
275-790-496

Macy's
PO Box 689195
Des Moines IA 50368-9195

Harcharan S Kalsi MD
1200 S York Rd # 4250
Elmhurst, IL 60126-5632
8201

Jerri Estelle
7924 Big Buck Trail
Frankfort, IL 60423
7147

Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068-7219

Karen L. Falk, Psy. D
1595 Weld Road, Suite 5,
Elgin, IL 60123

Pasulka & WHite, LLC
70 West Madison Street Suite 650
Chicago, Il 60602
case no 06 D 079377

Frank J. Delmedico
Joseph N. DiNatale

Page 1

notepad

2501 S. Des Plaines Ave
North Riverside, Il 60546-1521

Thomas t Boundas & Associates
1415 West 55th Street
Suite 201
LaGrange, Il 60525